
Global Services

**INVOICE**

| | |
|---|---|
| Invoice Date: | 06/30/05 |
| Invoice Period: | 06/01/05 - 06/30/05 |
| Invoice Number: | 0507024544 |

Account Number: 24544
**Balance Due:** **$916.65**

Amount Paid: _____

Billed To
-----------------------------------
Attn: Mike Berk
M&M The Special Events Company
493 Mission St
Carol Stream, IL 60188

Remit Payment To
-----------------------------------
Xpedite Systems, Inc.
1268 Paysphere Circle
Chicago, IL 60674

Please return top portion of bill with your payment.

Payment due upon receipt.

Make all checks payable to "Xpedite Systems, Inc." and write
your account number on all checks. Thank You!

M&M The Special Events Company

| | | | |
|---|---|---|---|
| Account Number: 24544 | | Invoice Date: | 06/30/05 |
| Invoice Number: 0507024544 | | Invoice Period: | 06/01/05 - 06/30/05 |

Billing Inquiries: 732-389-3900

| | |
|---|---:|
| Total Current Month Usage Charges | 833.56 |
| Total Current Month Fees, Taxes and Other Charges | 83.09 |
| **Total Current Month Charges** | **$916.65** |

Statement of Account:
| | | |
|---|---:|---:|
| Previous Balance | 0.00 | |
| Payment Received | 0.00 | |
| Balance at Billing | | 0.00 |

**TOTAL AMOUNT DUE**                                       **$916.65**

Please note: Payments received after 06/30/05 will appear on your next invoice.

EXHIBIT
2
Moszur

PGS - 63

Account Number: 24544  
Invoice Number: 0507024544  
Invoice Date: 06/30/05  
Invoice Period: 06/01/05 - 06/30/05  

## Account Usage Summary

|  | Total Units | Total Charges |
|---|---|---|
| Domestic Fax | | |
|    Overnight | 5,845.4 | 833.56 |
| | 5,845.4 | $833.56 |
| Subtotal of Delivery Charges | | $833.56 |
| **Total Current Month Usage Charges** | | **$833.56** |

| Account Number: | 24544 | Invoice Date: | 06/30/05 |
| Invoice Number: | 0507024544 | Invoice Period: | 06/01/05 - 06/30/05 |

## Taxes and Other Charges

| Item | Amount |
| --- | --- |
| Gross Receipts Surcharge | 58.09 |
| Total Taxes and Other Charges | 58.09 |

| Account Number: | 24544 | | | Invoice Date: | 06/30/05 |
| --- | --- | --- | --- | --- | --- |
| Invoice Number: | 0507024544 | | | Invoice Period: | 06/01/05 - 06/30/05 |

Itemized Fees

| Item | Requested By | Reference | Invoice Num | Quantity | Fees |
| --- | --- | --- | --- | --- | --- |
| Administration Fee | | | CURRENT | 1 | 25.00 |
| | | Total for Administration Fee | | | $25.00 |
| | | Total Prior Itemized Fees | | | $0.00 |
| | | Total Current Itemized Fees | | | $25.00 |
| | | Total Current Month Fees | | | $25.00 |

## Itemized Delivery Summary

| | | |
|---|---|---|
| **Account Number:** 24544 | **Invoice Date:** | 06/30/05 |
| **Invoice Number:** 0507024544 | **Invoice Period:** | 06/01/05 - 06/30/05 |

**User ID:** MMPARTY
**User Name:** Mike Berk
**List Name:** #LEADS

| Job Reference | Start Time | Bill Code | Priority | Number Sent | Total Time | Amount |
|---|---|---|---|---|---|---|
| 36963182 | 06/23 12:37 | | Overnight | 3781 | 5,844.4 | 833.42 |
| 36963182 report | 06/23 12:37 | | Overnight | 1 | 1.0 | 0.14 |
| | | | | List Subtotal | 5,845.4 | $833.56 |
| | | Total for MMPARTY | | | 5,845.4 | $833.56 |

---

\* - document originated from fax machine    § - list confirmation
\*\* - operator submission    ± - BannerFx
† - job group    ¶ - MailMerge

4

**PGS - 67**