

**Premiere**
Global Services

### INVOICE

| | |
|---|---|
| Invoice Date: | 06/30/02 |
| Invoice Period: | 06/01/02 - 06/30/02 |
| Invoice Number: | 0207024544 |

Account Number: 24544

**Balance Due:** **$4,301.67**

Amount Paid: _____

Billed To

Remit Payment To

------------------------------------

------------------------------------

Attn: Mike Berk
M&M Party Rental
493 Mission St
Carol Stream, IL 60188

Xpedite Systems Inc
Dept 1268
135 S LaSalle St
Chicago IL 60674-1268

Please return top portion of bill with your payment.

Payment due upon receipt.

Make all checks payable to "Xpedite Systems, Inc." and write
your account number on all checks.  Thank You!

M&M Party Rental

| | | |
|---|---|---|
| Account Number:  24544 | Invoice Date: | 06/30/02 |
| Invoice Number:  0207024544 | Invoice Period: | 06/01/02 - 06/30/02 |

Billing Inquiries:   732-389-3900

| | |
|---|---:|
| Total Current Month Usage Charges | 3,101.34 |
| Total Current Month Fees | 30.00 |
| New Jersey Sales Tax | 1.45 |
| Gross Receipts Surcharge | 131.40 |
| **Total Current Month Charges** | **$3,264.19** |

Statement of Account:

| | | |
|---|---:|---:|
| Previous Balance | 1,037.48 | |
| Payment Received | 0.00 | |
| Balance at Billing | | 1,037.48 |
| **TOTAL AMOUNT DUE** | | **$4,301.67** |

Please note: Payments received after 06/30/02 will appear on your next invoice.

## Account Usage Summary

|                          | Total Units | Total Charges |
|--------------------------|-------------|---------------|
| Domestic Fax             |             |               |
| Express                  | 7,847.6     | 1,569.52      |
| Overnight                | 7,204.9     | 1,440.98      |
|                          | 15,052.5    | $3,010.50     |
|                          |             |               |
| International Fax        |             |               |
| Overnight                | 220.0       | 90.84         |
|                          | 220.0       | $90.84        |
|                          |             |               |
| Delivery Charges         |             | $3,101.34     |
|                          |             |               |
| **Total Current Month Usage Charges** |  | **$3,101.34** |

1

Itemized Fees

| Item | Requested By | Reference | Invoice Num | Quantity | Fees |
|------|--------------|-----------|-------------|----------|------|
| Administration Fee | | | CURRENT | 1 | 25.00 |
| | | **Total for Administration Fee** | | | $25.00 |
| Instruction Sheet Surcharge | | | CURRENT | 5 | 5.00 |
| | | **Total for Instruction Sheet Surcharge** | | | $5.00 |
| | | **Total Prior Itemized Fees** | | | $0.00 |
| | | **Total Current Itemized Fees** | | | $30.00 |
| | | **Total Current Month Fees** | | | $30.00 |

**PGS - 19**

| Account Number: | 24544 | | Invoice Date: | 06/30/02 |
| Invoice Number: | 0207024544 | | Invoice Period: | 06/01/02 - 06/30/02 |

**User ID:** MMPARTY
**User Name:** Mike Berk
**List Name:** #13WESTT&C

| Job Reference | Start Time | Bill Code | Priority | Number Sent | Total Time | Amount |
|---|---|---|---|---|---|---|
| 10132412* | 06/03 21:02 | | Overnight | 1460 | 3,771.8 | 756.63 |
| 10132412   report | 06/03 21:02 | | Overnight | 1 | 6.9 | 1.38 |
| | | | | List Subtotal | 3,778.7 | $758.01 |

**List Name:** #CLUBLIST

| Job Reference | Start Time | Bill Code | Priority | Number Sent | Total Time | Amount |
|---|---|---|---|---|---|---|
| 13855975* | 06/13 22:29 | | Overnight | 62 | 74.6 | 14.92 |
| 13855975   report | 06/13 22:29 | | Overnight | 1 | 0.8 | 0.16 |
| | | | | List Subtotal | 75.4 | $15.08 |

**List Name:** #LEADS

| Job Reference | Start Time | Bill Code | Priority | Number Sent | Total Time | Amount |
|---|---|---|---|---|---|---|
| 16676118* | 06/24 11:34 | | Express | 4569 | 7,836.1 | 1,567.22 |
| 16676118   report | 06/24 11:34 | | Express | 1 | 11.5 | 2.30 |
| | | | | List Subtotal | 7,847.6 | $1,569.52 |

**List Name:** #PROSPECTS

| Job Reference | Start Time | Bill Code | Priority | Number Sent | Total Time | Amount |
|---|---|---|---|---|---|---|
| 13856665* | 06/13 21:01 | | Overnight | 691 | 684.7 | 136.94 |
| 13856665   report | 06/13 21:01 | | Overnight | 1 | 1.5 | 0.30 |
| | | | | List Subtotal | 686.2 | $137.24 |

**List Name:** #TBLANDCHRS2

| Job Reference | Start Time | Bill Code | Priority | Number Sent | Total Time | Amount |
|---|---|---|---|---|---|---|
| 14738837* | 06/17 21:01 | | Overnight | 1932 | 2,879.4 | 620.45 |
| 14738837   report | 06/17 21:01 | | Overnight | 1 | 5.2 | 1.04 |
| | | | | List Subtotal | 2,884.6 | $621.49 |
| | | | Total for MMPARTY | | 15,272.5 | $3,101.34 |

\* - document originated from fax machine    § - list confirmation
\*\* - operator submission    ± - BannerFx
† - job group    ¶ - MailMerge

3

PGS - 20



**Premiere**
Global Services

## INVOICE

| | |
|---|---|
| Invoice Date: | 09/30/03 |
| Invoice Period: | 09/01/03 - 09/30/03 |
| Invoice Number: | 0310024544 |

Account Number:  24544

**Balance Due:**  **$824.10**

Amount Paid:  _____

Billed To

-----------------------------------

Attn: Mike Berk
M&M  The Special Events Company
493 Mission St
Carol Stream, IL 60188

Remit Payment To

-----------------------------------

Xpedite Systems Inc
Dept 1268
135 S LaSalle St
Chicago IL 60674-1268

Please return top portion of bill with your payment.

Payment due upon receipt.

Make all checks payable to "Xpedite Systems, Inc." and write
your account number on all checks.  Thank You!

M&M  The Special Events Company

| | | | |
|---|---|---|---|
| Account Number:  24544 | | Invoice Date: | 09/30/03 |
| Invoice Number:  0310024544 | | Invoice Period: | 09/01/03 - 09/30/03 |

Billing Inquiries:   732-389-3900

| | |
|---|---|
| Total Current Month Usage Charges | 747.01 |
| Total Current Month Fees | 25.00 |
| Taxes and Other Charges | 52.09 |
| **Total Current Month Charges** | **$824.10** |

Statement of Account:

| | | |
|---|---|---|
| Previous Balance | 227.45 | |
| Payment Received | 227.45 CR | |
| Balance at Billing | | 0.00 |

**TOTAL AMOUNT DUE**                                    **$824.10**

Please note: Payments received after 09/30/03 will appear on your next invoice.

## Account Usage Summary

|  | Total Units | Total Charges |
|---|---|---|
| Domestic Fax Express | 5,173.9 | 747.01 |
|  | 5,173.9 | $747.01 |
| Delivery Charges |  | $747.01 |
| **Total Current Month Usage Charges** |  | **$747.01** |

1

## Taxes and Other Charges

| Item | Amount |
| --- | --- |
| Gross Receipts Surcharge | 52.09 |
| | |
| Total Taxes and Other Charges | 52.09 |

**PGS - 48**

Itemized Fees

| Item | Requested By | Reference | Invoice Num | Quantity | Fees |
|------|-------------|-----------|-------------|----------|------|
| Administration Fee | | | CURRENT | 1 | 25.00 |
| | | **Total for Administration Fee** | | | $25.00 |
| | | | | | |
| | | **Total Prior Itemized Fees** | | | $0.00 |
| | | **Total Current Itemized Fees** | | | $25.00 |
| | | **Total Current Month Fees** | | | $25.00 |

3

**PGS - 49**

### Account Delivery Summary by Bill Code

| | |
|---|---|
| 9/15 promo | $743.71 |
| TEST | $0.90 |
| test | $2.40 |
| TOTAL | $747.01 |

4

## Itemized Delivery Summary

| | | |
|---|---|---|
| **Account Number:** 24544 | **Invoice Date:** | 09/30/03 |
| **Invoice Number:** 0310024544 | **Invoice Period:** | 09/01/03 - 09/30/03 |

**User ID:** MMPARTY
**User Name:** Mike Berk
**List Name:**

| Job Reference | | Start Time | Bill Code | Priority | Number Sent | Total Time | Amount |
|---|---|---|---|---|---|---|---|
| 76719994 | | 09/11 11:46 | TEST | Express | 1 | 1.5 | 0.90 |
| 76759196 | | 09/11 13:18 | test | Express | 1 | 1.2 | 0.72 |
| 76759196 | report | 09/11 13:18 | test | Express | 1 | 0.7 | 0.10 |
| 77812244 | | 09/15 10:15 | test | Express | 1 | 1.1 | 0.66 |
| 77812244 | report | 09/15 10:15 | test | Express | 1 | 0.7 | 0.10 |
| 77821349 | | 09/15 10:37 | test | Express | 1 | 1.2 | 0.72 |
| 77821349 | report | 09/15 10:37 | test | Express | 1 | 0.7 | 0.10 |
| | | | | **List Subtotal** | | 7.1 | $3.30 |

**List Name:** #LEADS

| Job Reference | | Start Time | Bill Code | Priority | Number Sent | Total Time | Amount |
|---|---|---|---|---|---|---|---|
| 77904568 | | 09/15 13:53 | 9/15 promo | Express | 4288 | 5,094.3 | 733.56 |
| 77904568 | report | 09/15 13:53 | 9/15 promo | Express | 1 | 72.5 | 10.15 |
| | | | | **List Subtotal** | | 5,166.8 | $743.71 |
| | | | **Total for MMPARTY** | | | 5,173.9 | $747.01 |

\* - document originated from fax machine
\*\* - operator submission
† - job group

§ - list confirmation
± - BannerFx
¶ - MailMerge

5

**PGS - 51**

 **Premiere**
Global Services

## INVOICE

| | |
|---|---|
| Invoice Date: | 11/30/03 |
| Invoice Period: | 11/01/03 - 11/30/03 |
| Invoice Number: | 0312024544 |

Account Number: 24544

**Balance Due:** **$1,418.58**

Amount Paid: _____

Billed To
-----------------------------------

Attn: Mike Berk
M&M  The Special Events Company
493 Mission St
Carol Stream, IL 60188

Remit Payment To
---------------------------------------

Xpedite Systems Inc
Dept 1268
135 S LaSalle St
Chicago IL 60674-1268


Please return top portion of bill with your payment.

Payment due upon receipt.

Make all checks payable to "Xpedite Systems, Inc." and write
your account number on all checks.  Thank You!

M&M  The Special Events Company

| | | | |
|---|---|---|---|
| Account Number: | 24544 | Invoice Date: | 11/30/03 |
| Invoice Number: | 0312024544 | Invoice Period: | 11/01/03 - 11/30/03 |

Billing Inquiries:   732-389-3900

| | |
|---|---|
| Total Current Month Usage Charges | 1,302.73 |
| Total Current Month Fees | 25.00 |
| Taxes and Other Charges | 90.85 |
| **Total Current Month Charges** | **$1,418.58** |

Statement of Account:
| | | |
|---|---|---|
| Previous Balance | 824.10 | |
| Payment Received | 824.10 CR | |
| Balance at Billing | | 0.00 |

**TOTAL AMOUNT DUE**          **$1,418.58**

Please note: Payments received after 11/30/03 will appear on your next invoice.

## Account Usage Summary

|  | Total Units | Total Charges |
|---|---|---|
| Domestic Fax |  |  |
|    Express | 5.5 | 2.71 |
|    Overnight | 9,128.4 | 1,300.02 |
|  | 9,133.9 | $1,302.73 |
|  |  |  |
| Delivery Charges |  | $1,302.73 |
|  |  |  |
| **Total Current Month Usage Charges** |  | **$1,302.73** |

1

## Taxes and Other Charges

| Item | Amount |
|---|---|
| Gross Receipts Surcharge | 90.85 |
| | |
| Total Taxes and Other Charges | 90.85 |

**PGS - 54**

## Itemized Fees

| Item | Requested By | Reference | Invoice Num | Quantity | Fees |
|------|--------------|-----------|-------------|----------|------|
| Administration Fee | | | CURRENT | 1 | 25.00 |
| | | Total for Administration Fee | | | $25.00 |
| | | | | | |
| | | Total Prior Itemized Fees | | | $0.00 |
| | | Total Current Itemized Fees | | | $25.00 |
| | | Total Current Month Fees | | | $25.00 |

## Account Delivery Summary by Bill Code

| | |
|---|---|
| test | $2.71 |
| UNASSIGNED | $1,300.02 |
| | |
| TOTAL | $1,302.73 |

# Itemized Delivery Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| **Account Number:** | 24544 | | | **Invoice Date:** | | 11/30/03 |
| **Invoice Number:** | 0312024544 | | | **Invoice Period:** | | 11/01/03 - 11/30/03 |

**User ID:** MMPARTY
**User Name:** Mike Berk
**List Name:**

| Job Reference | | Start Time | Bill Code | Priority | Number Sent | Total Time | Amount |
|---|---|---|---|---|---|---|---|
| 12715763 | | 11/05 16:57 | test | Express | 1 | 2.1 | 1.26 |
| 12715763 | report | 11/05 16:57 | test | Express | 1 | 0.7 | 0.10 |
| 12734687 | | 11/05 17:36 | test | Express | 1 | 2.1 | 1.26 |
| 12734687 | report | 11/05 17:36 | test | Express | 1 | 0.6 | 0.09 |
| | | | | **List Subtotal** | | 5.5 | $2.71 |

**List Name:** #LEADS

| Job Reference | | Start Time | Bill Code | Priority | Number Sent | Total Time | Amount |
|---|---|---|---|---|---|---|---|
| 12741761 | | 11/05 17:47 | | Overnight | 4174 | 9,056.1 | 1,289.89 |
| 12741761 | report | 11/05 17:47 | | Overnight | 1 | 72.3 | 10.13 |
| | | | | **List Subtotal** | | 9,128.4 | $1,300.02 |
| | | | | **Total for MMPARTY** | | 9,133.9 | $1,302.73 |

\* - document originated from fax machine   § - list confirmation
\*\* - operator submission   ± - BannerFx
† - job group   ¶ - MailMerge
5

PGS - 57


**Premiere**
Global Services

## INVOICE

Invoice Date: 10/31/04
Invoice Period: 10/01/04 - 10/31/04
Invoice Number: 0411024544

Account Number: 24544

**Balance Due:** **$917.91**

Amount Paid: _____

Billed To
------------------------------------

Attn: Mike Berk
M&M The Special Events Company
493 Mission St
Carol Stream, IL 60188

Remit Payment To
------------------------------------

Xpedite Systems, Inc.
1268 Paysphere Circle
Chicago, IL 60674

Please return top portion of bill with your payment.

Payment due upon receipt.

Make all checks payable to "Xpedite Systems, Inc." and write
your account number on all checks. Thank You!

M&M The Special Events Company

Account Number: 24544          Invoice Date:     10/31/04
Invoice Number: 0411024544     Invoice Period:   10/01/04 - 10/31/04

Billing Inquiries:   732-389-3900

| | |
|---|---:|
| Total Current Month Usage Charges | 834.76 |
| Total Current Month Fees, Taxes and Other Charges | 83.15 |
| **Total Current Month Charges** | **$917.91** |

Statement of Account:
| | | |
|---|---:|---:|
| Previous Balance | 0.00 | |
| Payment Received | 0.00 | |
| Balance at Billing | | 0.00 |

**TOTAL AMOUNT DUE**          **$917.91**

Please note: Payments received after 10/31/04 will appear on your next invoice.

EXHIBIT
3
Moszur

## Account Usage Summary

|  | Total Units | Total Charges |
|---|---|---|
| Domestic Fax Express | 5,833.7 | 834.76 |
|  | 5,833.7 | $834.76 |

| Subtotal of Delivery Charges |  | $834.76 |
|---|---|---|
| **Total Current Month Usage Charges** |  | **$834.76** |

1

## Taxes and Other Charges

| Item | Amount |
|------|--------|
| Gross Receipts Surcharge | 58.15 |
| Total Taxes and Other Charges | 58.15 |

**PGS - 60**

Itemized Fees

| Item | Requested By | Reference | Invoice Num | Quantity | Fees |
|------|-------------|-----------|-------------|----------|------|
| Administration Fee | | | CURRENT | 1 | 25.00 |
| | | Total for Administration Fee | | | $25.00 |
| | | | | | |
| | | Total Prior Itemized Fees | | | $0.00 |
| | | Total Current Itemized Fees | | | $25.00 |
| | | Total Current Month Fees | | | $25.00 |

3

**PGS - 61**

| Account Number: | 24544 | | | Invoice Date: | 10/31/04 |
| Invoice Number: | 0411024544 | | | Invoice Period: | 10/01/04 - 10/31/04 |

| User ID: | MMPARTY |
| User Name: | Mike Berk |
| List Name: | |

| Job Reference | | Start Time | Bill Code | Priority | Number Sent | Total Time | Amount |
|---|---|---|---|---|---|---|---|
| 80549727 | | 10/30 02:09 | | Express | 0 | 0.0 | 0.00 |
| 80549727 | report | 10/30 02:09 | | Express | 1 | 1.0 | 0.14 |
| 80549727 | notice | 10/30 02:09 | | Express | 1 | 0.0 | 0.00 |
| 80558658 | | 10/29 11:11 | | Express | 1 | 1.2 | 0.72 |
| 80558658 | report | 10/29 11:11 | | Express | 1 | 1.0 | 0.14 |
| | | | | List Subtotal | | 3.2 | $1.00 |

| List Name: | #LEADS |

| Job Reference | | Start Time | Bill Code | Priority | Number Sent | Total Time | Amount |
|---|---|---|---|---|---|---|---|
| 80561773 | | 10/29 11:18 | | Express | 3944 | 5,765.3 | 824.63 |
| 80561773 | report | 10/29 11:18 | | Express | 1 | 65.2 | 9.13 |
| | | | | List Subtotal | | 5,830.5 | $833.76 |

| | | Total for MMPARTY | | | | 5,833.7 | $834.76 |

\* - document originated from fax machine    § - list confirmation
\*\* - operator submission    ± - BannerFx
† - job group    ¶ - MailMerge

4

**PGS - 62**


### Premiere
#### Global Services

**INVOICE**

| | |
|---|---|
| Invoice Date: | 06/30/05 |
| Invoice Period: | 06/01/05 - 06/30/05 |
| Invoice Number: | 0507024544 |

Account Number:  24544

**Balance Due:**    **$916.65**

Amount Paid:    _____

Billed To

------------------------------------

Attn: Mike Berk
M&M  The Special Events Company
493 Mission St
Carol Stream, IL 60188

Remit Payment To

------------------------------------

Xpedite Systems, Inc.
1268 Paysphere Circle
Chicago, IL  60674

Please return top portion of bill with your payment.

Payment due upon receipt.

Make all checks payable to "Xpedite Systems, Inc." and write
your account number on all checks.  Thank You!

M&M  The Special Events Company

| | | | |
|---|---|---|---|
| Account Number:  24544 | | Invoice Date: | 06/30/05 |
| Invoice Number:  0507024544 | | Invoice Period: | 06/01/05 - 06/30/05 |

Billing Inquiries:   732-389-3900

| | |
|---|---|
| Total Current Month Usage Charges | 833.56 |
| Total Current Month Fees, Taxes and Other Charges | 83.09 |
| **Total Current Month Charges** | **$916.65** |

Statement of Account:

| | | |
|---|---|---|
| Previous Balance | 0.00 | |
| Payment Received | 0.00 | |
| Balance at Billing | | 0.00 |

| | |
|---|---|
| **TOTAL AMOUNT DUE** | **$916.65** |

Please note: Payments received after 06/30/05 will appear on your next invoice.

**EXHIBIT**
2
Moszur

## Account Usage Summary

| | Total Units | Total Charges |
|---|---|---|
| Domestic Fax | | |
| Overnight | 5,845.4 | 833.56 |
| | 5,845.4 | $833.56 |
| | | |
| Subtotal of Delivery Charges | | $833.56 |
| | | |
| **Total Current Month Usage Charges** | | **$833.56** |

1

## Taxes and Other Charges

| Item | Amount |
|------|--------|
| Gross Receipts Surcharge | 58.09 |
| Total Taxes and Other Charges | 58.09 |

**PGS - 65**

Itemized Fees

| Item | Requested By | Reference | Invoice Num | Quantity | Fees |
|------|-------------|-----------|-------------|----------|------|
| Administration Fee | | | CURRENT | 1 | 25.00 |
| | | Total for Administration Fee | | | $25.00 |
| | | | | | |
| | | Total Prior Itemized Fees | | | $0.00 |
| | | Total Current Itemized Fees | | | $25.00 |
| | | Total Current Month Fees | | | $25.00 |

3

PGS - 66

## Itemized Delivery Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| **Account Number:** | 24544 | | | **Invoice Date:** | 06/30/05 | |
| **Invoice Number:** | 0507024544 | | | **Invoice Period:** | 06/01/05 - 06/30/05 | |

**User ID:** MMPARTY
**User Name:** Mike Berk
**List Name:** #LEADS

| Job Reference | | Start Time | Bill Code | Priority | Number Sent | Total Time | Amount |
|---|---|---|---|---|---|---|---|
| 36963182 | | 06/23 12:37 | | Overnight | 3781 | 5,844.4 | 833.42 |
| 36963182 | report | 06/23 12:37 | | Overnight | 1 | 1.0 | 0.14 |
| | | | | | **List Subtotal** | 5,845.4 | $833.56 |
| | | | **Total for MMPARTY** | | | 5,845.4 | $833.56 |

\* - document originated from fax machine    § - list confirmation
\*\* - operator submission    ± - BannerFx
† - job group    ¶ - MailMerge

4

PGS - 67