# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Robert Hinman, et al.

Plaintiff,

v.                                          Case No.: 1:06–cv–01156

Honorable Elaine E. Bucklo

M & M Rental Center, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 13, 2015:

 MINUTE entry before the Honorable Elaine E. Bucklo: Fairness hearing held on 3/13/2015. The Court approves the class action settlement. Parties to submit the final approval order. In court notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.